JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| MALINDA JEAN JONES, | ) | No. CV 11-06354-RGK (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| J. CAVAZOS, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: January 17, 2013

_/s/ Gary Klausner_
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE